MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Jacob Daniel Storm                                    Chapter 7 Case No. 10-38294

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Capital One Bank<br>American Infosource LP<br>PO Box 248839<br>Oklahoma City OK 73124-8839 | 6 | $247.59 | $0.50 |

Dated: July 20, 2011

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111

RECEIVED 11 JUL 21 AM 10: 56 US BANKRUPTCY COURT ST. PAUL, MN